**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
_____

Nicole Levesque,                                         **Civil No. 07-3983 (RHK/AJB)**

        Plaintiff,

v.                                                              **ORDER**

Law Offices of David Sean Dufek,
And Davis Law Associates,

        Defendants.
_____

**ORDER FOR JUDGMENT OF DISMISSAL WITH PREJUDICE**

   **IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

   **IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

                                              **BY THE COURT**


Dated: December 17, 2007                    s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge